UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARIE E. CESAR,

      Plaintiff,

    - against -

MEADOWBROOK CARE CENTER, INC., and
ANN DONOVAN, *Individually*,

      Defendants.

CIVIL ACTION NO.
14-CV-1213 (LDW)

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Defendant Meadowbrook Care Center, Inc., and Ann Donovan (the "Defendants"), and Plaintiff Marie E. Cesar, that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint filed on February 25, 2014 shall be extended to and including May 7, 2014.

Dated: April 2, 2014
      New York, New York

PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC
By: _/s/ Alex Umansky_
Alex Umansky, Esq.
45 Broadway, Suite 620
New York, New York 10006
Phone: (212) 248-7431
Email: aumansky@tpglaws.com
*Attorneys for Plaintiff*

DUANE MORRIS LLP
By: _/s/_
Eve I. Klein
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1065
Email: EIKlein@duanemorris.com
*Attorneys for Defendants*

So Ordered: _____
      U.S. District Judge

Motion GRANTED. Counsel are on notice that given the length of the adjournment/extension and the case assignment to Judge Weyler, no further extensions will be granted.

**SO ORDERED**

_____
A. Kathleen Tomlinson
United States Magistrate Judge
Date: April 4, 2014
Central Islip, N.Y.