# PHILLIPS & ASSOCIATES

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 620
New York, NY, 10006
Tel: 212-248-7431
Fax:  212-901-2107

April 24, 2014

**Via ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **Karen Barnes v. Authentic Bartending School, Inc.**
            **13 CV 6444 (AJN)**

Your Honor:

        We represent Plaintiff Karen Barnes in the above-referenced action. We write now to respectfully request that the Court adjourn the initial pre-trial conference, currently scheduled for April 25, 2014 at 10:00 a.m., to a later date after Defendants have had an opportunity to answer the Complaint. We sincerely apologize to the Court for the late request and notification.  Counsel for Defendants, Eve I. Klein, Esq., consents to this request.  This is Plaintiff's first request for such an extension.

        The reason for this request is that Defendants' time to answer or otherwise respond to the Complaint is due by May 7, 2014.  Additionally, the parties have held discussions throughout the week about the possibility of resolving this matter prior to the May 7, 2014 deadline.

        Based on the foregoing, Plaintiff respectfully requests that the Court adjourn the initial pre-trial conference to a later date, after the Defendants have had an opportunity to answer.

        Thank you for your attention to this matter.

Respectfully submitted,
/s/
Alex Umansky, Esq. (AU7961)

Cc: (Via ECF and E-mail)
Eve I. Klein, Esq.
eiklein@duanemorris.com

1