D of

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARIE E. CESAR

               Plaintiff,

        -against-

MEADOWBROOK CARE CENTER, INC.,
and ANN DONOVAN, *Individually*,

              Defendants.
-------------------------------------------------------X

14 Civ. 1213 (LDW)(AKT)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 20 2014 ★

LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the Parties that the above-captioned action is hereby discontinued with prejudice, and without costs or counsel fees by the Court to either side.

Dated: New York, New York
       May 7, 2014

PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC
*Attorneys for Plaintiff*

_____
By:   Alex Umansky, Esq.

45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
aumansky@tpglaws.com

DUANE MORRIS LLP
*Attorney for Defendants*

_____
By:   Eve I. Klein, Esq.

1540 Broadway
New York, New York 10036
(212) 692-1000
eiklein@duanemorris.com

**SO ORDERED:**
~~New York, New York~~
May 20, 2014

_____
Hon. Leonard D. Wexler
UNITED STATES DISTRICT JUDGE
CENTRAL ISLIP, NY